THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN SEINFELD, Appellant, against HARRIS H. MURDOCK et al., Constituting the Board of Standards and Appeals of the City of New York, Respondents.

Argued March 11, 1941; decided April 17, 1941.

*S. Sidney Smith, Joseph Abramson* and *Julius Hahn* for appellant.

*William C. Chanler, Corporation Counsel (James Hall Prothero* and *Paxton Blair* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.